**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis F Rodriguez,<br><br>  Plaintiff,<br><br>v.<br><br>ACCC Insurance Company, et al.,<br><br>  Defendants. | No. CV-16-00998-PHX-ROS<br><br>**ORDER** |

Defendant has renewed its motion seeking "an order of permanent injunction and stay" or, alternatively, "a stay of proceedings" for six months. (Doc. 123 at 1). Defendant represents the motion is unopposed. Despite Defendant's motion representing a second attempt to obtain some form of relief, it remains unclear what Defendant wants. If the parties agree the Court can enter a "permanent injunction" prohibiting Plaintiff from ever pursuing his claims, the Court should enter such an injunction and close the case. But if the parties believe the Court should issue a temporary stay, the case must remain open such that litigation can resume once the stay is lifted. The Court is willing to vacate the present deadlines but if the parties agree a "permanent injunction" is appropriate, there is no point in imposing a stay.

Accordingly,

**IT IS ORDERED** the Motion for Permanent Injunction, Motion to Stay (Doc. 123) is **GRANTED IN PART**. All pretrial deadlines are **VACATED** to be reset by future order, if appropriate.

**IT IS FURTHER ORDERED** no later than **January 22, 2021**, the parties shall file a joint statement indicating whether 1) this case should be stayed for six months or 2) a permanent injunction should be issued and the case closed. If an injunction is requested, the parties must set forth the precise terms of that injunction.

Dated this 14th day of January, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge